UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE MILON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| A&A Maintenance Enterprise, Inc., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, EUGENE MILON (hereinafter "MILON"), by and through his attorneys, Porter Law Offices, and for his Complaint at Law against Defendant, A&A Maintenance Enterprise, Inc. (hereinafter "A&A"), states as follows:

## JURISDICTION

1. This is a suit in equity authorized and instituted pursuant to the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000(e)2. The jurisdiction of this court is invoked to secure protection of and to address deprivation of rights secured by 42 U.S.C. §2000(e)2, providing for declaratory, injunctive, compensatory, punitive, and other relief against employment discrimination based upon sex, national origin and retaliation.

2. Venue in this district is proper under 28 U.S.C. §1391(B). The Defendant conducts business in this district and the events giving rise to Plaintiff's claims occurred here.

3. All conditions precedent to jurisdiction have occurred or been complied with to wit:

    a. A charge of employment discrimination alleging sex discrimination, discrimination based on national origin and retaliation was filed with the Equal Opportunity

Employment Commission by Plaintiff against Defendant on October 14, 2011 with charge number 440-2012-00204, a copy of which is attached hereto as **Exhibit 1.**

b. The Equal Employment Opportunity Commission (hereinafter "EEOC") issued a notice of right to sue letter for charge 440-2012-00204 on January 18, 2012, a copy of which is attached hereto as **Exhibit 2.**

## PARTIES

4. MILON is a male citizen of the United States and the State of Illinois. He currently resides in Summit, Illinois. MILON was forty-nine (49) years of age at the time of his termination by A&A. MILON's national origin is Polish.

5. MILON was a member of the protected class, being a forty-nine (49) year old male citizen of the United States with Polish national origin, when the unlawful employment practices occurred.

6. At all times relevant, MILON was employed by A&A as an "employee" as that term is defined under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e(b).

7. A&A is a New York Corporation authorized to do business in the State of Illinois, and is doing business in the State of Illinois.

8. A&A is an "employer" as that term is defined under the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e(b).

## BACKGROUND FACTS

9. MILON began his employment with A&A in March 2007.

10. Consistently throughout his employment with A&A, the owner of the company, the operations manager and a project manager at A&A harassed and discriminated against MILON based on his age, sex, and national origin.

11. The owner of the company made derogatory comments to MILON concerning MILON's national origin. By way of example, the owner told MILON that he was a "lucky fucking Pollock".

12. Thereafter, on a regular basis, the owner of A&A began treating MILON less favorably by giving extra benefits and better treatment to non-Polish workers, female workers, and younger workers.

13. In or around January of 2011, MILON was questioned by Human Resources about an incident regarding "dirty jokes" and sexual harassment. MILON had warned other employees not to make dirty jokes and never told a dirty joke to any employees.

14. In or around June of 2011, MILON reported a problem that was not on the floor that he supervised, but on another Project Manager's floor and he was written up for simply reporting the complaint on her floor.

15. Not long after, on or about July 8, 2011, A&A terminated MILON's employment.

## COUNT I – ADEA
## HOSTILE WORK ENVIRONMENT -- AGE

16. MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

17. MILON is a member of a protected class, being a forty-nine (49) year old U.S. citizen at the time of termination from A&A.

18. During the course of MILON's employment with A&A, he was continually subjected to a hostile work environment.

19. A&A, in violation of the provisions of the Age Discrimination in Employment Act of 1967 (hereinafter "ADEA"), has discriminated against MILON on the basis of his age, and denied him the equal opportunity for employment because of his age. In particular, A&A subjected MILON to a hostile work environment as described above because of his age.

20. A&A knew that its treatment of MILON violated the ADEA.

21. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

   a. Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of the ADEA;

   b. Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing the unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

   c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of age;

   d. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

   e. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

f.     Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

## COUNT II – TITLE VII
## HOSTILE WORK ENVIRONMENT -- SEX

22.     MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

23.     MILON is a member of a protected class, being a male U.S. citizen.

24.     During the course of MILON's employment with A&A, he was continually subjected to a hostile work environment.

25.     A&A, in violation of the provisions of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §2000(c)2, has discriminated against MILON on the basis of his sex, male, and denied him the equal opportunity for employment because of his sex. In particular, A&A subjected MILON to a hostile work environment as described above because of his sex.

26.     A&A knew that its treatment of MILON violated Title VII of the Civil Rights Act of 1964 as amended by The Civil Rights Act of 1991.

27.     Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

a.     Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of Title VII;

b.     Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing the

unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of sex;

d. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

e. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

f. Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

## COUNT III – TITLE VII
## HOSTILE WORK ENVIRONMENT – NATIONAL ORIGIN

28. MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

29. MILON is a member of a protected class, being of Polish national origin.

30. During the course of MILON's employment with A&A, he was continually subjected to a hostile work environment.

31. A&A, in violation of the provisions of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §2000(c)2, has discriminated against MILON on the basis of his national origin, Polish, and denied him the equal opportunity for employment because of his national origin. In particular, A&A subjected MILON to a hostile work environment as described above because of his Polish national origin.

32. A&A knew that its treatment of MILON violated Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

33. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

a. Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of Title VII;

b. Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing the unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of national origin;

d. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

e. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

f. Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

## COUNT IV – TITLE VII
## WRONGFUL TERMINATION BASED ON NATIONAL ORIGIN

34.  MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

35.  MILON is a member of a protected class, being a U.S. citizen with a Polish national origin.

36.  During the course of MILON's employment with A&A, he performed to A&A's legitimate expectations.

37.  MILON was terminated on July 8, 2011.

38.  A&A treated one or more similarly-situated employees outside of the protected class more favorably.

39.  By terminating MILON and by creating, condoning, and perpetuating an environment by which the terms and conditions of employment differ for members of a protected class, A&A has intentionally discriminated against MILON with malice or with reckless indifference to MILON's federally protected rights in violation of Title VII of the Civil Rights Act of 1964.

40.  As a result of the intentional acts complained of herein, MILON has suffered and will continue to suffer the loss of employment with A&A and the loss of salary, wages, bonuses, benefits, and other compensation which such employment entails, and MILON has also suffered pecuniary losses, emotional distress, pain, suffering, inconvenience, loss of enjoyment of life, and other-non-pecuniary losses.

41.  Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

a. Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of the Civil Rights Acts of 1964, as amended by the Civil rights Act of 1991;

b. Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing the unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of national origin;

d. Immediately assign MILON to that job he would now be occupying but for the discriminatory practices of A&A, and adjust the wage rates, salaries, bonuses, and benefits for MILON to those which he would be enjoying but for the discriminatory practices of A&A, or, if this is impossible, award MILON front-end pay;

e. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

f. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

g. Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

h.  Grant such other relief as may be just and proper.

## COUNT V – TITLE VII
## WRONGFUL TERMINATION BASED ON SEX

42.  MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

43.  MILON is a member of a protected class, being a male U.S. citizen.

44.  During the course of MILON's employment with A&A, he performed to A&A's legitimate expectations.

45.  MILON was terminated on July 8, 2011.

46.  Defendant treated one or more similarly-situated employees outside of the protected class more favorably.

47.  By terminating MILON and by creating, condoning, and perpetuating an environment by which the terms and conditions of employment differ for members of a protected class, A&A has intentionally discriminated against MILON with malice or with reckless indifference to MILON's federally protected rights in violation of Title VII of the Civil Rights Act of 1964.

48.  As a result of the intentional acts complained of herein, MILON has suffered and will continue to suffer the loss of employment with A&A and the loss of salary, wages, bonuses, benefits, and other compensation which such employment entails, and MILON has also suffered pecuniary losses, emotional distress, pain, suffering, inconvenience, loss of enjoyment of life, and other-non-pecuniary losses.

49.  Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

a. Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of the Civil Rights Acts of 1964, as amended by the Civil rights Act of 1991;

b. Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing the unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of sex;

d. Immediately assign MILON to that job he would now be occupying but for the discriminatory practices of A&A, and adjust the wage rates, salaries, bonuses, and benefits for MILON to those which he would be enjoying but for the discriminatory practices of A&A, or, if this is impossible, award MILON front-end pay;

e. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

f. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

g. Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

h. Grant such other relief as may be just and proper.

## COUNT VI -- ADEA
## WRONGFUL TERMINATION BASED ON AGE

50. MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

51. MILON is a member of a protected class, being a forty-nine (49) year old U.S. citizen at the time of termination from A&A.

52. During the course of MILON's employment with A&A, he performed to A&A's legitimate expectations.

53. MILON was terminated on July 8, 2011.

54. Defendant treated one or more similarly-situated employees outside of the protected class more favorably.

55. By terminating MILON and by creating, condoning, and perpetuating an environment by which the terms and conditions of employment differ for members of a protected class, A&A has intentionally discriminated against MILON with malice or with reckless indifference to MILON's federally protected rights in violation of the Age Discrimination in Employment Act of 1967.

56. As a result of the intentional acts complained of herein, MILON has suffered and will continue to suffer the loss of employment with A&A and the loss of salary, wages, bonuses, benefits, and other compensation which such employment entails, and MILON has also suffered pecuniary losses, emotional distress, pain, suffering, inconvenience, loss of enjoyment of life, and other-non-pecuniary losses.

57. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

a. Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of the Civil Rights Acts of 1964, as amended by the Civil rights Act of 1991 and the ADEA;

b. Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing the unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of sex;

d. Immediately assign MILON to that job he would now be occupying but for the discriminatory practices of A&A, and adjust the wage rates, salaries, bonuses, and benefits for MILON to those which he would be enjoying but for the discriminatory practices of A&A, or, if this is impossible, award MILON front-end pay;

e. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

f. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

g. Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

h. Grant such other relief as may be just and proper.

## COUNT VII – TITLE VII RETALIATION

58. MILON reincorporates and realleges Paragraphs 1 through 15 as though they are fully set forth herein.

59. A&A's termination of MILON was in direct retaliation for MILON having openly opposed practices which are prohibited by Title VII of the Civil Rights Act of 1964. In doing so, A&A acted with malice and/or reckless indifference to MILON's federally protected rights in violation of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991.

60. As a result of the intentional acts complained of herein, MILON has suffered and will continue to suffer the loss of employment with A&A and the loss of salary, wages, bonuses, benefits, and other compensation which such employment entails, and MILON has also suffered pecuniary losses, emotional distress, pain, suffering, inconvenience, loss of enjoyment of life, and other non-pecuniary losses.

61. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, EUGENE MILON, respectfully prays that this Honorable Court:

a. Enter a declaratory judgment that the practices complained of herein are unlawful and in violation of the Civil Rights Acts of 1964, as amended by the Civil rights Act of 1991 and the ADEA;

b. Permanently enjoin A&A, its agents, successors, officers, employees, attorneys, and those acting in concert with it or them from engaging in each of the unlawful

    practices, policies, customs, and usages set forth herein, and from continuing the unlawful practices, policies, customs, and usages set forth herein, and form continuing any and all practices shown to be in violation of applicable law;

c. Order modification or elimination of the practices, policies, customs, and usages set forth herein and all other such practices shown to be in violation of applicable law so that they will not discriminate on the basis of age, national origin or sex;

d. Immediately assign MILON to that job he would now be occupying but for the discriminatory practices of A&A, and adjust the wage rates, salaries, bonuses, and benefits for MILON to those which he would be enjoying but for the discriminatory practices of A&A, or, if this is impossible, award MILON front-end pay;

e. Compensate and make MILON whole for all earnings, wages, including prejudgment interest and other benefits that he would have received but for the discriminatory practices of A&A;

f. Award MILON the costs and disbursements of this action, including reasonable attorney's fees;

g. Award MILON punitive damages for A&A's willful conduct, and grant such relief as may be just and proper.

Respectfully Submitted,
EUGENE MILON


/s/ Vincent D. Porter
_____
One of his attorneys

Vincent D. Porter
Porter Law Offices
Attorneys for Plaintiff
150 N. Michigan Ave. Suite 2800
Chicago, IL 60601
312-768-8756
312-264-0413 fax
vporter@porterlawoffice.com

# Exhibit 1

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2012-00204 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) Mr. Eugene Milon | Home Phone (Incl. Area Code) 773-934-4694 | Date of Birth 06/11/1962 |
|---|---|---|
| Street Address 5312 S Hunt Avenue, Summit, IL 60501 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name A&A Maintenance Enterprise, Inc. | No. Employees, Members 5,000+ | Phone No. (Include Area Code) 914-969-0009 |
|---|---|---|
| Street Address 965 Midland Avenue, Yonkers, New York, 10704 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

___ RACE  ___ COLOR  _X_ SEX  ___ RELIGION  _X_ NATIONAL ORIGIN

_X_ RETALIATION  _X_ AGE  ___ DISABILITY  ___ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest       Latest
              7-8-2011

_X_ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attached extra sheet(s)):

I began working for A & A Maintenance Enterprise, Inc. in 2006. During my employment, I was subjected to different terms and conditions of employment on the basis of my sex (male), national origin (Polish), and age (49). I was also harassed on the basis of my sex (male), national origin (Polish), and age (49). I complained of the discrimination and harassment. On July 8, 2011, I was terminated from my position as building manager.

I believe that I have been discriminated against and harassed on the basis of my sex (male), national origin (Polish), and age (49) in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, and the Illinois Human Rights Act. I also believed that I have been retaliated against on the basis of these acts.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLANANT |
| 10/13/11   *Eugene Milon* Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RECEIVED EEOC

OCT 1 4 2011

CHICAGO DISTRICT OFFICE

# Exhibit 2

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Eugene Milon**
c/o Vincent Porter, Esq.
Porter Law Offices, LLC
**150 North Michigan Avenue, Suite 2800**
**Chicago, IL 60601**

From: **Chicago District Office**
500 West Madison St
Suite 2000
**Chicago, IL 60661**

**CERTIFIED MAIL: 7011 1150 0001 5234 3495**
**CP ATTY:**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-00204 | **Brandi Kraft,** Investigator | (312) 869-8153 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)      *John P. Rowe*      1/18/2012
**John P. Rowe,**
**District Director**      *(Date Mailed)*

cc:      **A&A MAINTENANCE ENTERPRISE, INC.**